**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01035-CV

**TEMPO TRANSPORTATION, LLC, Appellant/Cross-Appellee**

**V.**

**J.W. LOGISTICS OPERATIONS, LLC, Appellee/Cross-Appellant**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02738-2020**

## ORDER

Before the Court is appellee/cross-appellant's February 14, 2023 unopposed motion for a thirty-day extension of time to file its appellee's/cross-appellant's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 14, 2023.

/s/     KEN MOLBERG
JUSTICE